BEFORE THE FIRST DIVISION, APRIL 21, 1965

No. 69255.—Rene D. Lyon Co., Inc. *v.* United States, protest 64/25393 (Portland, Oreg.).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls on stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.